Risa S. Christensen, Esq., CA Bar No. 227799
Dennis E. Wagner, Esq., CA Bar No. 99190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: (951) 686-4800
rsc@wagner-pelayes.com
dew@wagner-pelayes.com

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO;
and DEPUTY SHERIFF K. RIBERICH

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DAVIS II,<br><br>    Plaintiffs,<br><br>  vs.<br><br>COUNTY OF SAN BERNARDINO COUNTY; SAN BERNARDINO COUNTY DEPUTY SEHRIFF K. RIBERICH, and DOES 1-10 (in their individual capacities).<br><br>    Defendants. | CASE NO.:<br>EDCV 14-1923 RGK (SPx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41 (a) (1)**<br><br>*Honorable R. Gary Klausner* |

/ / /

/ / /

/ / /

1   Having reviewed the parties' stipulation in this matter, and for good cause, it
2   is hereby . . .
3   ORDERED, ADJUDGED AND DECREED:
4   That pursuant to Fed.R.Civ.P.Rule 41(a)(1), all claims asserted by plaintiff
5   DENNIS DAVIS II against the defendants COUNTY OF SAN BERNARDINO,
6   and SAN BERNARDINO COUNTY SHERIFF'S DEPUTY K. RIBERICH, are
7   hereby dismissed with prejudice, with the parties to bear their own attorney's fees
8   and costs.

DATED: September 24, 2015        _____
                                 UNITED STATES DISTRICT JUDGE